

**NUMBER 13-09-00461-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**MARILYN McKEITHAN,**                                                                                         **Appellant,**

**v.**

**OPHRAKA SANANIKONE,**                                                                                         **Appellee.**

---

**On appeal from the 148th District Court
of Nueces County, Texas.**

---

**MEMORANDUM OPINION**

**Before Justices Rodriguez, Garza, and Benavides
Memorandum Opinion Per Curiam**

Appellant and cross-appellant perfected appeals from a judgment entered by the 148th District Court of Nueces County, Texas, in cause number 06-3604-E. Appellant and cross-appellant have filed a motion notifying the Court that each party wishes to dismiss her appeal.

The Court, having considered the documents on file and appellant and cross-appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant and cross-appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant and cross-appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
21st day of January, 2010.